UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUAN VASQUEZ-SANTIAGO,<br><br>          Petitioner,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>          Respondent. | Case No. 05-5303RJB<br><br>ORDER DENYING CERTIFICATE OF APPEALABILITY |

      This matter comes before the Court on Petitioner's Notice of Appeal and Request for Certificate of Appealability, Dkt. 15. Petitioner requests a certificate of appealability in accordance with 28 U.S.C. § 2253(c) and now argues that his appointed defense attorney's conduct collectively denied him effective assistance of counsel. Dkt. 15 at 1-2. The Court has carefully reviewed the request and the record herein and has determined that a certificate of appealability should not issue.

      The district court should grant an application for a certificate of appealability only if the petitioner makes a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(3). To obtain a certificate of appealability under 28 U.S.C. § 2253(c), a *habeas* petitioner must make a showing that reasonable jurists could debate whether, or agree that, the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further. *Slack v. McDaniel*, 120 S.Ct. 1595, 1603-04 (2000) (*quoting Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1983)).

ORDER DENYING CERTIFICATE OF APPEALABILITY
Page 1

1        The Court has previously and thoroughly considered counsel's performance and finds that Petitioner has not made a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(3). Moreover, reasonable jurists would not debate the resolution of his claims, and all of the issues presented in his original *habeas corpus* petition do not deserve encouragement to proceed further. This Court thoroughly reviewed the petition and the record and found no basis for relief. Similarly, the Court finds that the claims do not warrant further proceedings. As the Court found, reasonable decisions of trial strategy, properly elicited guilty pleas, and properly applied sentencing guidelines do not merit *habeas* relief, nor do they deserve encouragement for further review.

        Accordingly, it is hereby ORDERED that petitioner's Application for a Certificate of Appealability, Dkt. 22, is DENIED. The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

        DATED this 10th day of May, 2006.

*[signature]*
Robert J. Bryan
United States District Judge

ORDER DENYING CERTIFICATE OF APPEALABILITY
Page 2